United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Emilio Pinero, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-24932-Civ-Scola |
| | ) | |
| The Pep Boys-Manny, Moe & Jack, | ) | |
| Inc., Defendant. | ) | |

### **Order of Dismissal**

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 13.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on January 22, 2021.

Robert N. Scola, Jr.
United States District Judge